AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Craig Tann, et al.

                        Plaintiff,

    v.

Thecheap Name

                        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number:  2:19-cv-00788 -RFB-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of the Plaintiff and against the Defendant.

 

_5/8/20_____                          _DEBRA K. KEMPI_____
Date                                                                         Clerk

                                                                                                    _/s/ A. Reyes_____
                                                                                                    Deputy Clerk